No. 86–735. ALLEGHENY ELECTRIC COOPERATIVE, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.;

No. 86–736. METROPOLITAN TRANSPORTATION AUTHORITY *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 86–942. RHODE ISLAND PUBLIC UTILITIES COMMISSION ET AL. *v.* METROPOLITAN TRANSPORTATION AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 796 F. 2d 584.

No. 86–741. BINKER, AKA MANOLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–749. BOARD OF TRUSTEES OF ALABAMA STATE UNIVERSITY *v.* ALABAMA STATE BOARD OF EDUCATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–762. CARDO *v.* MURPHY ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–763. SPURLOCK *v.* WREN. C. A. 10th Cir. Certiorari denied.

No. 86–775. MARSH MEDIA, LTD. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–792. KOPPEL ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–808. MARCHINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–819. GLOVER BOTTLED GAS CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 86–825. JONES ET AL. *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.